# Third District Court of Appeal

## State of Florida

Opinion filed October 16, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1676
Lower Tribunal No. F14-24007
_____

**Santiago Milian,**
Petitioner,

vs.

**State of Florida,**
Respondent.

A Case of Original Jurisdiction – Habeas Corpus.

Santiago Milian, in proper person.

Ashley Moody, Attorney General, and David Llanes, Assistant Attorney General, for respondent.

Before LOBREE, BOKOR and GOODEN, JJ.

PER CURIAM.

Upon review, the petition for habeas corpus for ineffective assistance of appellate counsel is denied. <u>See</u> Fla. R. App. P. 9.141(d)(5) (setting forth two-year limitation to file a petition for ineffective assistance of appellate counsel on direct review or four-year limitation where a petition "alleges under oath with a specific factual basis that the petitioner was affirmatively misled about the results of the appeal by counsel"); <u>see also</u> <u>Smith v. State</u>, 931 So. 2d 790, 805 (Fla. 2006) ("The requirements for establishing a claim based on ineffective assistance of appellate counsel parallel the standards announced in <u>Strickland [v. Washington</u>, 466 U.S. 668 (1984)]. The '[p]etitioner must show 1) specific errors or omissions which show that appellate counsel's performance deviated from the norm or fell outside the range of professionally acceptable performance and 2) the deficiency of that performance compromised the appellate process to such a degree as to undermine confidence in the fairness and correctness of the appellate result.'" (quoting in part <u>Wilson v. Wainwright</u>, 474 So. 2d 1162, 1163 (Fla. 1985))).